IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATES OF ILLINOIS, MINNESOTA, and WISCONSIN *ex rel.*, JEFFERY S. KOTWICA,<br><br>        Plaintiffs,<br><br>    v.<br><br>ROUNDY'S SUPERMARKETS, INC., a Wisconsin Corporation,<br><br>        Defendant. | Case No. 15-cv-5168<br><br>Judge Rebecca R. Pallmeyer |

## Motion to Dismiss

Defendant Roundy's Supermarkets, Inc. ("Roundy's"), by its undersigned counsel DLA Piper LLP (US), respectfully moves this Court under Federal Rules of Civil Procedure 9(b), 12(b)(1), and 12(b)(6) to dismiss the Complaint for the reasons stated in the Memorandum in Support of Motion to Dismiss filed contemporaneously with this Motion.

WHEREFORE, Roundy's respectfully requests that this Court dismiss the Complaint in its entirety and for any other relief this Court deems appropriate.

Dated: October 17, 2016

Respectfully submitted,

**Roundy's Supermarkets Inc.**

By:  /s/ Jonathan D. King
     One of Its Attorneys

Jonathan D. King
Joseph A. Roselius
DLA PIPER LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, IL 60601-1293
T 312.368.4000
E jonathan.king@dlapiper.com
E joseph.roselius@dlapiper.com

## CERTIFICATE OF SERVICE

I, Jonathan D. King, an attorney, hereby certify that on October 17, 2016, I caused the **Motion to Dismiss** to be electronically filed with the Clerk of the Court using the CM/ECF System which will send notification of the filing to:

Joseph J. Siprut
Bruce C. Howard
Richard Steven Wilson
Siprut PC
17 N. State St., Suite 1600
Chicago, IL 60602
T 312.236.0000
E jsiprut@siprut.com
E brucehowardjd@gmail.com
E rwilson@siprut.com

Gregg M. Barbakoff
Maurice Wutscher LLP
105 W. Madison St., 18th Floor
Chicago, IL 60602
T 312.416.6170
E gbarbakoff@mauricewutscher.com

*Attorneys for Relator Jeffery S. Kotwica*

/s/ Jonathan D. King